

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

April 13, 1939

Mr. W. H. Cousins, Secretary
Texas Board of Pharmacy
912 Insurance Building
Dallas, Texas

Dear Sir:

      Opinion No. O-405
      Re: Opinion as to who should en-
      force that part of the Medical
      Practice Act, dealing with the
      sale of prophylactics and con-
      traceptives.

      Your request for an opinion as to who
has the duty of enforcing that portion of the Med-
ical Practice Act relating to the sale of prophy-
lactics and contraceptives, has been received by
this office.

      For the purpose of this opinion we must
assume that you have reference to that part of
House Bill No. 148 of the present Session of the
Legislature of the state of Texas, which reads as
follows:

      "This law shall be so construed as
to apply to persons other than register-
ed pharmacists of this state not pretend-
ing to be physicians to offer for sale
on the streets or other public places
contraceptives, prophylactics or remedies
which they recommend for the cure of
disease."

      The aboveportion of House Bill No. 148
is a part of the "Medical Practice Act" and the
laws of the state relating to the practice of medi-
cine placed upon the Board of Medical Examiners

Mr. W. H. Cousins, April 13, 1939, page 2

the burden of enforcing the same. There is no question but that it is the duty of the State Board of Medical Examiners to enforce this law, for the reason that a person would be unquestionably in violation of the law relating to the practice of medicine, as the practice of medicine is defined by the statutes of this state.

There is a close question as to whether or not a violation of this Act would be an offense for the illegal practice of pharmacy, but to so hold would have the effect of putting a person charged in double jeopardy. It has often been held by our courts that a person cannot be twice tried and convicted for the same overt act.

We are, therefore, of the opinion that the duty of enforcing the Medical Practice Act, as the same relates to the sale of prophylactics and contraceptives, rests with the State Board of Medical Examiners.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Richard H. Cocke_
Richard H. Cocke
Assistant

RHC:omb          H. Q. B.
APPROVED.
_Gerald C. Mann_
GERALD C. MANN
ATTORNEY GENERAL OF TEXAS